IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 24-cv-2628-JPG |
| | : | |
| $29,000.00 IN UNITED STATES CURRENCY, | : : | |
| | : | |
| Defendant. | : | |

## **<u>JUDGMENT AND DECREE FOR FORFEITURE</u>**

Pending before the Court is the Motion for Judgement of Forfeiture filed by the United States of America (Doc. 17). On December 16, 2024, Plaintiff United States of America filed a Verified Complaint for Forfeiture against Defendant, described as $29,000.00 in United States Currency (Doc. 1). The Complaint alleges that the currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. § 801, *et seq*., and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court, and the United States Marshals Service seized the property on April 8, 2025 (Doc. 11). Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning January 31, 2025 (Doc. 12). On April 23, 2025, the Clerk of Court entered default as to all interested parties except Lanora Combs (Doc. 14).

On March 11, 2025, Lanora Combs filed an Answer (Doc. 6) and on March 14, 2025, Combs filed a Claim (Doc. 9).

The parties entered into a settlement with Combs as reflected in the Stipulated Order for

Forfeiture and for Return of Property (Doc. 16) wherein $14,500 is returned to Combs and the remaining $14,500 is forfeited to the United States. The United States' claim to the sum to be returned to Combs pursuant to the Stipulated Order and Combs's claim to the defendant property are dismissed with prejudice and without costs pursuant to settlement.

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered against all interested parties except Lanora Combs and in favor of Plaintiff United States of America. The property, described as $14,500 in United States Currency is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal.

**IT IS SO ORDERED.**

**DATED:** August 6, 2025

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**